## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **EDWARD P. DEETS** and, | : | Chapter 7 |
| **ELIZABETH L. DEETS**, | : | Case No: **5:11-bk-06868-RNO** |
| Debtors, | : | |
| | : | |
| | | |
| **MICHAEL G. OLEYAR, CHAPTER 7 TRUSTEE** | : | |
| for EDWARD P. DEETS and ELIZABETH L. DEETS, | : | |
| Plaintiff, | : | |
| vs. | : | Complaint for Turnover & Sale |
| **EDWARD P. DEETS, ELIZABETH L. DEETS,** | : | Sale Free & Clear Of Liens |
| **PENNSYLVANIA DEPARTMENT OF REVENUE,** | : | |
| **UNITED STATES OF AMERICA INTERNAL** | : | Adversary Proceeding |
| **REVENUE SERVICE, DONNA COURREGE,** | : | No. **5:14-ap-00239-RNO** |
| **PETER COURREGE, DARLENE LOKKEN,** | : | |
| **CORBY BARRY LOKKEN, DEBRA LYSIAK,** | : | |
| **DAVID LYSIAK, DIANE DEETS,** | : | |
| **PENNSYLVANIA DEPARTMENT OF** | : | |
| **TRANSPORTATION, SCOTT SNYDER,** | : | |
| **US TRUCK & PARTS, INC., SCOTT CARROLL,** | : | |
| **JOHN D. WORMAN, JULIA VENCAK,** | : | |
| **MARVIN CAREY USED CARS,** | : | |
| **MOUNTAINEER ENTERPRISES, INC.,** | : | |
| **NORTH EAST EXPRESS, INC.,** | : | |
| **RAYMOND F. DUNKLE, JR., NICHOLAS BARBRIE,** | : | |
| **ESTATE OF FRANCIS CORNELL,** | : | |
| **ESTATE OF JOSEPH KOVIAK,** | : | |
| **DAVID SMITH** and **CANDACE SMITH,** | : | |
| Defendants. | : | |

**PRAECIPE TO WITHDRAW MOTION FOR DEFAULT JUDGMENT** v. **PENNSYLVANIA DEPARTMENT OF REVENUE, UNITED STATES OF AMERICA INTERNAL REVENUE SERVICE, DARLENE LOKKEN, CORBY BARRY LOKKEN, DEBRA LYSIAK, DAVID LYSIAK, DIANE DEETS, PENNSYLVANIA DEPARTMENT OF TRANSPORTATION, SCOTT SNYDER, US TRUCK & PARTS, INC., JULIA VENCAK, MARVIN CAREY USED CARS, MOUNTAINEER ENTERPRISES, INC., NORTH EAST EXPRESS, INC., RAYMOND F. DUNKLE, JR., NICHOLAS BARBRIE, ESTATE OF FRANCIS CORNELL, ESTATE OF JOSEPH KOVIAK, DAVID SMITH** and **CANDACE SMITH**

TO THE CLERK:

Please kindly withdraw the Motion for Default Judgment v. PENNSYLVANIA DEPARTMENT OF REVENUE, UNITED STATES OF AMERICA INTERNAL REVENUE SERVICE, DARLENE LOKKEN, CORBY BARRY LOKKEN, DEBRA LYSIAK, DAVID LYSIAK, DIANE DEETS, PENNSYLVANIA DEPARTMENT OF TRANSPORTATION, SCOTT SNYDER, US TRUCK & PARTS, INC., JULIA VENCAK, MARVIN CAREY USED CARS, MOUNTAINEER ENTERPRISES, INC., NORTH EAST EXPRESS, INC., RAYMOND F. DUNKLE, JR., NICHOLAS BARBRIE, ESTATE OF FRANCIS CORNELL, ESTATE OF JOSEPH KOVIAK, DAVID SMITH and CANDACE SMITH that I filed on behalf of MICHAEL G. OLEYAR, CHAPTER 7 TRUSTEE for EDWARD P. DEETS and ELIZABETH L. DEETS, on April 24, 2015.

NEWMAN, WILLIAMS, MISHKIN,
CORVELEYN, WOLFE & FARERI, P.C.

By:     /s/ J. Zac Christman_____
        J. ZAC CHRISTMAN, ESQUIRE
        Attorney for Trustee
        PO Box 511, 712 Monroe Street
        Stroudsburg, PA 18360
        (570) 421-9090; fax (570) 424-9739
        jchristman@newmanwilliams.com

2